UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:

LV Builders LLC,                            25-41278-KAC

                                                         Chapter 7 Case
            Debtor.
_____

## NOTICE OF HEARING AND MOTION FOR
## RELIEF FROM AUTOMATIC STAY

To:  The Debtor and other entities specified in Local Rule 9013-2.

   1.  Tong Vang and Pajntsha Marylee Vang move the Court for relief requested below and give notice of hearing.

   2.  The Court will hold a hearing on this motion on June 11, 2025, at 1:30 p.m., before the Honorable Katherine A. Constantine at the United States Courthouse, Courtroom 8 West, 8th Floor, 301 Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

   3.  Any response to this motion must be filed and served no later than June 6, 2025, which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Federal Rule of Bankruptcy Procedure 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 7 case was filed on April 22, 2025. The case is now pending in this Court.

5. This motion arises under 11 U.S.C. 362 and Federal Rule of Bankruptcy Procedure 4001. This motion is filed under Federal Rules of Bankruptcy Procedure 9014 and Local Rules 4001-1 and 9013-1 to 9013-3. Movants request relief from the automatic stay to continue to prosecute their state law claims against Debtor, LV Builders, LLC, so that they may pursue recovery from the Minnesota Contractor Recovery Fund under Minnesota Statutes, § 326B.89.

6. Tong Vang and Pajntsha Marylee Vang are husband and wife and the owners of their home located at 1630 Brooks Avenue East, Maplewood, Minnesota 55109. On or about May 29, 2024, they engaged the services of Debtor, LV Builders, LLC, to provide construction services to their home. They paid Debtor no less than $75,000.00.

7. Movants have incurred multiple problems from the Debtor's actions. Debtor failed to fully complete the construction services as agreed with the Movants. Instead, Movants contacted the City of Maplewood and learned that Debtor's contractor license was revoked. To date, Debtor has not returned any funds to the Movants. These claims are the subject of a pending action in the District of Ramsey County, Minnesota, captioned *Tong Vang and Pajntsha Marylee Vang v. LV Builders, LLC*. Movants' claims against Debtor include claims for breach of contract, unjust enrichment, breach of the

implied covenant of good faith and fair dealing, promissory estoppel, negligence, and theft and they have claimed damages in excess of $50,000.00.

8. The Minnesota Department of Labor and Industry maintains a Contractor Recovery Fund, pursuant to Minnesota Statutes, § 326B.89, whose purpose is to compensate certain owners (or lessees) of residential real property in Minnesota who have suffered direct loss due to misconduct, including failure to perform, of a licensed residential contractor.

9. The pending state court litigation between Movants and Debtor is at the pre-trial stage, and Movants seek relief from the automatic stay to continue the litigation, to liquidate their claims, so they may apply for and obtain compensation from the Minnesota Contractor Recovery Fund.

10. Movants give notice that if testimony is necessary as to any facts relevant to this motion, Tong Vang and Pajntsha Marylee Vang, 1630 Brooks Avenue East, Maplewood, Minnesota 55109 will testify.

**WHEREFORE**, Tong Vang and Pajntsha Marylee Vang, move the court for an order for relief from the automatic stay and such other and further relief as may be just and equitable.

DUDLEY AND SMITH, P.A.

Dated: May 7, 2025

/s/ Nicholas D. Henry
Nicholas D. Henry, Attorney at Law
1295 Northland Drive, Suite 250
Mendota Heights, MN 55120
Telephone No. (651) 291-1717

                                              Attorney Registration No. 395850
                                              E-mail: nhenry@dudleyandsmith.com

## **VERIFICATION**

      We, Tong Vang and Pajntsha Marylee Vang, the moving parties in the foregoing notice of hearing and motion, declare under penalty of perjury, that the foregoing is true and correct according to the best of our knowledge, information, and belief.


Executed on May _____, 2025            _____
                                                   Tong Vang
                                                   1630 Brooks Avenue East
                                                 Maplewood, Minnesota 55109


Executed on May _____, 2025            _____
                                                 Pajntsha Marylee Vang
                                                 1630 Brooks Avenue East
                                               Maplewood, Minnesota 55109