UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

---

In re:

LV Builders LLC,                     25-41278-KAC

                                                          Chapter 7 Case

        Debtor.

---

STATE OF MINNESOTA    )
                                      ) SS
COUNTY OF DAKOTA     )

    I, Nicholas D. Henry, being first duly sworn, state as follows:

1. That I am the attorney of record for the Plaintiff in the above captioned matter, and that I am an attorney in the law firm of Dudley and Smith, P.A. located in Mendota Heights, Minnesota. I submit this affidavit based on my personal knowledge.

2. That attached hereto as Exhibit 1 is a true and correct copy of the email I received from the Debtor's attorney dated May 7, 2025.

    FURTHER YOUR AFFIANT SAYETH NAUGHT

Dated: May 8, 2025

                                                      _____
                                                      Nicholas D. Henry

STATE OF MINNESOTA

                            } ss.

COUNTY OF DAKOTA

Signed, sworn to, and acknowledged before me by Nicholas D. Henry, the Testator, and signed and sworn to before me this 9th day of May, 2025.

Notary Stamp or Seal (or other Title or Rank)

ALEXIE SONDRA ADRIAN
Notary Public
State of Minnesota
My Commission Expires
January 31, 2027

_____
Signature of Notary Public or Other Official