UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:

LV Builders LLC,                                    25-41278-KAC

                                                                                          Chapter 7 Case
                 Debtor.
_____

## ORDER GRANTING
## RELIEF FROM AUTOMATIC STAY

This case came before the Court on Movants Tong Vang and Pajntsha Marylee Vang's Motion for Relief from the Automatic Stay imposed by 11 U.S.C. § 362(a).

Based on the record, the Court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

IT IS ORDERED:

1.    The Motion for Relief from the Automatic Stay is granted as follows.

2.    The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that Tong Vang and Pajntsha Marylee Vang may prosecute their claims against Debtor, LV Builders, LLC, in the District Court of Ramsey County, Minnesota.

3.    Tong Vang and Pajntsha Marylee Vang may proceed to apply for compensation from the Minnesota Contract Recovery Fund on account of their claims against Debtor.

4.    Tong Vang and Pajntsha Marylee Vang may not proceed to enforce any judgment from Debtor directly.

1

5.  Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.


Dated: _____          _____

United States Bankruptcy Judge