| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |
| | CASE TYPE: CONTRACT |

Tong Vang and Pajntsha Marylee Vang

    Plaintiffs,

v.

LV Builders LLC,

    Defendant.

Judicial Officer:
Court File No.:

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA  
COUNTY OF DAKOTA } ss.

I, Alexie S. Adrian, being first duly sworn on oath state that on May 9, 2025, at Mendota Heights, MN, I mailed a copy of the Motion for Relief from Automatic Stay, Memorandum of Law in Support of Motion for Relief from Automatic Stay, and Proposed Order to each person or entity named below by mailing a copy in a sealed envelope, postage prepaid, with the U.S. Postal Service as follows:

<u>Name/Mailing Address</u>

    John D. Lamey III  
    980 Inwood Avenue N  
    Oakdale, Minnesota 55128

**I declare under penalty of perjury that everything I have stated in this document is true and correct. MINN. STAT. § 358.116.**

Dated: <u>May 9, 2025</u>

    /s/Alexie S. Adrian  
    Alexie S. Adrian, Affiant