STATE OF MINNESOTA                                      DISTRICT COURT

COUNTY OF RAMSEY                          SECOND JUDICIAL DISTRICT
                                                              CASE TYPE: CONTRACT

---

|                                                    | Judicial Officer:    |
| Tong Vang and Pajntsha Marylee Vang                | Court File No.:       |
|                                                    |                      |
| Plaintiffs,                                        |                      |
|                                                    |                      |
| v.                                                 | **AFFIDAVIT OF SERVICE** |
|                                                    |                      |
| LV Builders LLC,                                   |                      |
|                                                    |                      |
| Defendant.                                         |                      |

---

STATE OF MINNESOTA

COUNTY OF DAKOTA                    } ss.

I, Alexie S. Adrian, being first duly sworn on oath state that on May 13, 2025, at Mendota Heights, MN, I mailed a copy of the Motion for Relief from Automatic Stay, Memorandum of Law in Support of Motion for Relief from Automatic Stay, and Proposed Order to each person or entity named below by mailing a copy in a sealed envelope, postage prepaid, with the U.S. Postal Service as follows:

<u>Name/Mailing Address</u>

LV Builders LLC
900 – 73rd Way North
Brooklyn Park, Minnesota 55444

**I declare under penalty of perjury that everything I have stated in this document is true and correct. MINN. STAT. § 358.116.**

Dated: <u>May 13, 2025</u>

/s/Alexie S. Adrian
Alexie S. Adrian, Affiant